UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN DAVIS, *on behalf of himself and all others similarly situated*,

          Plaintiff,

v.

NON TYPICAL, INC.,

          Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/14/21

21-CV-5362 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff served Defendant in this matter on June 30, 2021. Dkt. 6. Defendant filed a letter on July 21, 2021, requesting a 30-day extension to file an answer or other responsive pleading. Dkt. 7. The Court granted the 30-day extension. Dkt. 8. There have been no subsequent filings by either party. No later than October 28, 2021, Plaintiff shall notify the Court whether he intends to move for default judgment. **In the event Plaintiff fails to comply with this order, the Court may dismiss this action pursuant to Rule 41(b).** *See* **Fed. R. Civ. P. 41(b).**

SO ORDERED.

Dated:   October 14, 2021
           New York, New York

                                    RONNIE ABRAMS
                                    United States District Judge